ALAN R. VARLEY *v.* NINA B. VARLEY

The defendant's motion for an extension of time in which to refile her motion for judgment in the appeal from the Superior Court in Hartford County is dismissed as unnecessary.

*Nina B. Varley,* pro se, in support of the motion.

Submitted May 23—decided June 3, 1975

STATE OF CONNECTICUT *v.* DOUGLAS BENNETT

The defendant's application to permit Attorney James Michael Merberg of the Massachusetts bar to appear pro hac vice is granted to the extent that Attorney Merberg is granted permission to participate in the preparation and argument of the appeal from the Superior Court in Hartford County subject to the presence and responsibility of a member of the Connecticut bar, as provided in § 15A of the Practice Book.

*Aaron P. Slitt,* in support of the motion.

Submitted May 23—decided June 3, 1975

PRISCILLA GROSS ET AL. *v.* PLANNING AND ZONING BOARD OF APPEALS OF THE TOWN OF GREENWICH ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is granted.

*David Albert,* in support of the petition.

*A. William Mottolese* and *Bradford S. Magill,* in opposition.